1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                              **OAKLAND DIVISION**

| | |
|---|---|
| JANICE GILMORE, on behalf of herself and all others similarly situated, | CASE NO.  4:21-cv-06917-HSG |
| *Plaintiff*, | **ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE ON DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S MOTION TO STAY & MOTION TO PARTIALLY DISMISS COMPLAINT** |
| v. | |
| SAFE BOX LOGISTICS INC., a California corporation; FEDERAL EXPRESS CORPORATION, a Delaware corporation; FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; FEDEX CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive, | Action Filed:     August 5, 2021<br>Removal Date:  September 7, 2021<br>Trial Date:        None Set |
| *Defendants*. | |

ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE ON DEF. FEDEX GROUND PACKAGE SYSTEM INC.'S MTN. TO STAY & MTN. TO PARTIALLY DISMISS COMPLAINT

**ORDER**

Having considered the Parties' Joint Stipulation Re: Briefing Schedule on Defendant FedEx Ground Package System, Inc.'s Motion to Partially Dismiss Plaintiff's First Amended Complaint [ECF No. 54] and Motion to Stay [ECF No. 55], and for good cause shown, the Court hereby GRANTS the stipulation and ORDERS as follows:

(1) Plaintiff's Opposition to Defendant FedEx Ground Package System, Inc.'s Motion to Partially Dismiss Plaintiff's First Amended Complaint shall be due on March 7, 2022;

(2) Plaintiff's Opposition to Defendant FedEx Ground Package System, Inc.'s Motion to Stay shall be due on March 7, 2022;

(3) Defendant FedEx Ground Package System, Inc.'s Reply in Support of its Motion to Partially Dismiss Plaintiff's First Amended Complaint shall be due on March 14, 2022; and

(4) Defendant FedEx Ground Package System, Inc.'s Reply in Support of its Motion to Stay shall be due on March 14, 2022

**IT IS SO ORDERED.**

DATED: 3/1/2022

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge